UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BARBARA H. LINDSAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:08CV1321 CDP |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

Pursuant to the Order and Memorandum entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the decision of the Commissioner is **AFFIRMED** and plaintiff's complaint is dismissed.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT COURT

Dated this 10th day of March, 2010.